UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAQIB MALIK SADARUDDIN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-19-0913 |
| | § | |
| WARDEN RANDY TATE, | § | |
| | § | |
| Respondent. | § | |

# **ORDER**

The petitioner, Saqib Malik Sadaruddin, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his continued detention at a local facility operated by the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). The respondent has filed a motion to dismiss the petition for failure to state a claim upon which relief may be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure [Doc. # 8]. Because the motion presents evidence outside the pleadings, specifically an affidavit from a detention officer regarding the status of efforts undertaken by ICE to remove the petitioner [Doc. # 8-2, at 1-4], the motion was not properly filed under Rule 12(b)(6). *See* FED. R. CIV. P. 12(d).

Accordingly, the Court **ORDERS** as follows:

1. The respondent's motion to dismiss [Doc. # 8] is **CONVERTED** to a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

2. The parties may have until **July 17, 2019**, in which to supplement the record with any additional pertinent information.

The Clerk's Office will provide a copy of this order to the parties.

SIGNED at Houston, Texas on June 26, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE